UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JULIE FEDEROWICZ,

         Plaintiff,

                      ORDER
v.                    09-CV-472A

ACCELERATED RECEIVABLES
MANAGEMENT, INC.,
ACCELERATED RECEIVABLES,

         Defendants.

---

    The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On August 10, 2010, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion to dismiss directed to Count IV of the Amended Complaint should be granted.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion to dismiss Count IV of the Amended Complaint is granted.

    The case is referred back to Magistrate Judge Foschio for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: August 25, 2010